TERMINATED

# U.S. District Court
# District of Oregon (Eugene)
# CIVIL DOCKET FOR CASE #: 6:08-cv-06047-HO
# Internal Use Only

Kuhnle v. Davol, Inc. et al
Assigned to: U. S. District Judge Michael R Hogan
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/08/2008
Date Terminated: 04/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Greg Kuhnle**

represented by **Derek C Johnson**
Johnson Clifton Larson & Corson, P.C.
975 Oak Street
Suite 1050
Eugene, OR 97401
(541)484-2434
Fax: (541)484-0882
Email: djohnson@jclc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele C Smith**
Johnson, Clifton, Larson & Corson PC
975 Oak Street
Suite 1050
Eugene, OR 97401
(541) 484-2434
Fax: (541) 484-0882
Email: msmith@jclc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a foreign corporation*

**Defendant**

Certified to be a true and correct copy of original filed in my office.
Dated 4-2-08
Sheryl S. McConnell, Clerk
By [signature], Deputy

**C.R. Bard, Inc.**
*a foreign corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2008 | 1 | Complaint. Filing Fee in amount of $350 collected. Receipt No. 600003032 issued Jury Trial Requested.Filed by Greg Kuhnle against Davol, Inc., C.R. Bard, Inc.. (sln) (Entered: 02/08/2008) |
| 02/08/2008 | 2 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment to the Honorable Michael R Hogan. Discovery is to be completed by 6/9/2008. Joint Status Report is due by 6/9/2008. Joint Alternate Dispute Resolution Report is due by 7/7/2008. Pretrial Order is due by 7/7/2008. Ordered by Judge Michael R Hogan. (sln) (Entered: 02/08/2008) |
| 03/07/2008 | 3 | Waiver of Service of Summons Returned Executed by C.R. Bard, Inc. waiver sent on 2/15/2008. Filed by Greg Kuhnle. (Smith, Michele) (Entered: 03/07/2008) |
| 03/20/2008 | 4 | Waiver of Service of Summons Returned Executed by Davol, Inc. waiver sent on 2/15/2008. Filed by Greg Kuhnle. (Smith, Michele) (Entered: 03/20/2008) |
| 04/02/2008 | 5 | MDL Conditional Transfer Order (CTO-16) to the District of Rhode Island. (sln) (Entered: 04/02/2008) |